JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AROGANT HOLLYWOOD, et al.,

Plaintiffs

v.

2200 ONTARIO LLC, et al.,

Defendants.

Case No. 5:18-cv-01664-JGB (GJS)

**JUDGMENT**

Pursuant to the Court's Order Dismissing Cases With Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED:  December 19, 2019

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE